IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 5:05CV00324 GH |
| | ) | |
| BILL PETTY and CARA PETTY | ) | |

**<u>ORDER</u>**

On the Motion of plaintiff United States of America, acting by and through U.S. Department of Agriculture, Rural Development, and it appearing to the Court that the defendant Cara Petty cannot be served within the State of Arkansas, has not voluntarily appeared herein, and that the address of said defendant is unknown to the plaintiff; it is, pursuant to 28 U.S.C. § 1655,

ORDERED that the defendant Cara Petty shall plead, answer or otherwise move with respect to the plaintiff's complaint herein within in twenty (20) days of the last date of publication of this Order, or in default thereof, this Court will proceed to adjudication of this suit.  It is further ORDERED that this Order be published in a newspaper of general circulation in Grant County, Arkansas, once a week for six consecutive weeks.

DATED: January 13, 2006

_____
GEORGE HOWARD
UNITED STATES DISTRICT JUDGE